**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

EDWARD BLACKBURN,

    Plaintiff,

v.                                       CASE NO. 4:12cv626-RH/GRJ

FLORIDA DEPARTMENT OF
CORRECTIONS et al.,

    Defendants.

_____/

**ORDER EXTENDING THE DEADLINE
TO RESPOND TO THE COMPLAINT**

The defendants' unopposed motion, ECF No. 25, to extend the deadline to respond to the complaint is GRANTED. The deadline is extended to March 19, 2013.

SO ORDERED on February 24, 2013.

                                                 s/Robert L. Hinkle
                                               United States District Judge